U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
'09 AUG 25 P2:34
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **09 CR-198** |
| v. | Case No. 09-CR |
| DERRICK D. MARSHALL, | [18 U.S.C. §§ 922(a)(6) & 924(a)(2)] |
| Defendant. | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about November 10, 2005, in the State and Eastern District of Wisconsin,

**DERRICK D. MARSHALL,**

in connection with the acquisition of a firearm from Badger Outdoors, 2339 South 43rd Street, West Milwaukee, Wisconsin, a federally licensed firearms dealer, knowingly made a false and fictitious written statement intended and likely to deceive Badger Outdoors as to a fact material to the lawfulness of the sale and disposition of that firearm under the provisions of Chapter 44 of Title 18, United States Code.

2. In particular, in connection with the purchase of the Ruger P-89 9 mm pistol described below, Derrick D. Marshall falsely stated on the Firearms Transaction Record (ATF Form 4473) that he was the actual buyer of the firearm when, in fact, as Marshall well knew, he was purchasing the firearm for someone else.

3. The firearm is further described as a Ruger P-89 9mm pistol, bearing serial number 315-76015.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

FOREPERSON

Date: 8/25/09

MICHELLE L. JACOBS
United States Attorney